**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DENISE LEMKE, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | Case No. 1:24-CV-04075 |
| | ) | |
| JENNER & BLOCK LLP, | ) | Hon. Andrea R. Wood |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**DEFENDANT JENNER & BLOCK LLP'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Jenner & Block LLP moves, under Federal Rule of Civil Procedure 56 and Local Rule 56.1, for entry of summary judgment against Plaintiff Denise Lemke's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), for discrimination on the basis of religion, sex, and age. In support of this motion, Defendant is filing an accompanying memorandum of law and statement of material facts.

Defendant respectfully requests that the Court grant this motion and enter judgment in its favor and against Plaintiff with respect to all of Plaintiff's claims.

Dated: March 30, 2026

Respectfully submitted,

Jenner & Block LLP

By: */s/ Joseph J. Torres*
One of its attorneys

Joseph J. Torres
Emma J. O'Connor
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
JTorres@jenner.com
EOConnor@jenner.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 30, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ Joseph J. Torres*